THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VOLVO FINANCIAL SERVICES,**
a division of VFS US, LLC                                                                                    PLAINTIFF

v.                              Case No. 4:18-cv-00280-KGB

**RICHARD LONG**                                                                                              DEFENDANT

## DEFAULT JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered against defendant Richard Long in the amount of $245,753.98. Pursuant to 28 U.S.C. § 1961, Mr. Long is ordered to pay post-judgment interest at a rate of .17% per year until judgment is paid in full.

It is so adjudged this 29th day of April, 2020.

_____
Kristine G. Baker
United States District Judge